IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STEPHEN JOINER                                               PLAINTIFF

V.                                       CIVIL ACTION NO. 1:14-cv-00090 SA-DAS

CITY OF COLUMBUS, MISSISSIPPI,
CAPTAIN FREDERICK SHELTON,
In his official capacity                                       DEFENDANTS

FINAL JUDGMENT

This matter has come before the Court on the Notice of Acceptance by Plaintiff, Stephen Joiner, of the Defendant City of Columbus, Mississippi, and Captain Frederick Shelton's Federal Rule of Civil Procedure 68 Offer of Judgment, and the Plaintiff's request for entry of final judgment. Having considered the submissions, the Court hereby finds that Final Judgment should be and is hereby entered against Defendants and in favor of the Plaintiff.

IT IS THEREFORE ORDERED THAT:

1. Defendants shall pay to the Plaintiff the amount of $10,263.01, in accordance with the Offer of Judgment;

2. Defendants shall pay such reasonable and necessary attorney's fees to the Plaintiff as may be awarded by the Court pursuant to 42 U.S.C. §1988 and Federal Rule of Civil Procedure 68, in an amount to be determined by the Court following the Court's consideration of Plaintiff Joiner's motion, any response or objection from the Defendants and a review of all evidentiary submissions by the parties;

3. The non-jury trial and all remaining deadlines established by the Court's Case Management Order and subsequent Order of modification are hereby vacated.

SO ORDERED, this, the 30th of March, 2015.

                                               **/s/ Sharion Aycock**
                                               **U.S. DISTRICT JUDGE**